**Order entered September 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00581-CV

**MAXIM N. MOYAL AND DANIEL I. MOYAL, Appellants**

**V.**

**SECURITY SERVICE FEDERAL CREDIT UNION, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-15059**

## ORDER

Before the Court is appellants' September 18, 2018 opposed third motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 15, 2018. We caution appellants that failure to file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

/s/    DAVID EVANS
        JUSTICE